JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MARIO VICTOR VELASCO, an individual doing business as "PACIFIC COAST SHOTCRETE" and "PACIFIC COAST SHOTCRETE, INC.,"<br><br>Defendants. | Case No.: 2:14-CV-8652-DDP(SHx)<br><br>Assigned to the Honorable Dean D. Pregerson<br><br>**JUDGMENT** |

///

///

///

1  This action having been commenced on November 7, 2014, and the Court having
2  approved the stipulation for entry of judgment in favor of plaintiffs and against
3  defendants, and for good cause shown,

4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

5  Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the
6  Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers
7  Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust
8  shall recover from defendants Mario Victor Velasco, individually and doing business as
9  "Pacific Coast Shotcrete," and Pacific Coast Shotcrete, Inc., a California corporatin,
10 jointly and severally, the principal amount of $33,965.59, plus pre-judgment and post-
11 judgment interest thereon at the rate of eight percent (8%) per annum from January 1,
12 2015, until paid in full.

Dated: February 12, 2015

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE